■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR RODRIGUEZ, Appellant. [816 NYS2d 360]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lott, J.), rendered April 16, 2002, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's trial attorney provided meaningful representation (*see People v Benevento*, 91 NY2d 708 [1998]; *People v Baldi*, 54 NY2d 137 [1981]; *People v Mack*, 235 AD2d 548 [1997]; *People v Davis*, 111 AD2d 252 [1985]).

The defendant's remaining contentions are unpreserved for appellate review. Prudenti, P.J., Florio, Krausman and Mastro, JJ., concur.